**STATE of Missouri, Respondent,**

v.

**Kenneth D. WILLIAMS, Appellant.**

**No. WD 43201.**

Missouri Court of Appeals,
Western District.

April 9, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of robbery in the second degree, § 569.030, RSMo 1986, and from sentence of five years imprisonment.

Judgement affirmed. Rule 30.25(b).